IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRENDA DENISE BERG, | ) | |
| | ) | |
| Petitioner, | ) | 4:05cv3323 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TERRY HOMER ROBBINS, Sheriff of Sheridan County, Nebraska, JEFFREY C. AURICH and JOHN A. HILL, United States Probation Officers, | ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the court on filing no. 7, the motion by the petitioner, Brenda Denise Berg, for a voluntary dismissal of the above-entitled habeas corpus case. Pursuant to Fed. R. Civ. P. 41(a)(2), the motion is granted. Judgment of dismissal without prejudice will be entered accordingly.

SO ORDERED.

DATED this 1st day of February, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge